**KAUFMAN DOLOWICH & VOLUCK, LLP**
HSIAO C. (MARK) MAO, ESQ. (SBN 236165)
ELIZABETH YANG, ESQ. (SBN 249713)
JONATHAN H. YEE, ESQ. (SBN 270236)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 926-7600
Facsimile:   (415) 926-7601
E-mail: mmao@kdvlaw.com; eyang@kdvlaw.com
          jyee@kdvlaw.com

Attorneys for Defendants
EXPONENTIAL INTERACTIVE, INC.
And JOHN RETTIG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBJECTIVITY, INC., a corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>EXPONENTIAL INTERACTIVE, INC., a corporation, and JOHN RETTIG, an individual,<br><br>                    Defendants. | Case No. 3:14-cv-01434-EMC<br><br>**STIPULATION TO EXTEND TIME TO FILE AMENDED COUNTERCLAIM** |

WHEREAS:

    A.    Plaintiff Objectivity, Inc. ("Plaintiff") and Defendants Exponential Interactive, Inc., and John Rettig (collectively, "Defendants"), and also counter defendants Gary Lewis, Kim Wizer, and Richard Shelley ("Counter Defendants"), have agreed to settle this Action in its entirety and are in the process of finalizing said settlement; and

    B.    Defendants were granted leave to file any amended Counterclaim on or before April

1   23, 2015 pursuant to this Court's minute Order dated April 2, 2015;

2   C.   Defendants filed a counterclaim on April 8, 2015;

3   D.   Plaintiff and Cross Defendants assert that by filing the counterclaim on April 8, 2015
        Defendants exercised their right to file a counterclaim under the April 2, 2015 order,
        and that Defendants are not authorized to file any further counterclaim;

6   E.   Defendants assert that they are entitled to file an amended counterclaim under the
        April 2, 2015 order, in addition to the counterclaim already filed;

8   F.   Notwithstanding their disagreement, described above, with regard to whether or not
        Defendants are permitted to file a further counterclaim, and with Plaintiff and
        Counter Defendants reserving their rights to challenge the validity of any further
        filing, Plaintiff and Defendants and Counter Defendants agree to extend until April
        30, 2015 the time allowed in the order of April 2, 2015 to file amended
        counterclaims, in order to facilitate the finalization of the settlement of this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Counter Defendants, of the one part, and Defendants, of the other part, through their undersigned counsel, that the deadline for Defendants to file any amended Counterclaim may be extended until and including April 30, 2015.

DATED:  April 23, 2015                  **CARR & FERRELL, LLP**

                                        By:  ____/s/ Stuart Clark_____
                                             Stuart C. Clark, Esq.
                                             Attorneys for Plaintiff and Counter Defendants
                                             OBJECTIVITY, INC., GARY LEWIS, KIM WIZER,
                                             and RICHARD SHELLEY

DATED:  April 23, 2015                  **KAUFMAN DOLOWICH & VOLUCK, LLP**

                                        By:  ____/s/ Mark Mao_____
                                             Hsiao C. (Mark) Mao, Esq.
                                             Elizabeth Yang, Esq.
                                             Jonathan H. Yee, Esq.
                                             Attorneys for Defendants
                                             EXPONENTIAL INTERACTIVE, INC. and JOHN
                                             RETTIG

1 | IT IS SO ORDERED.

3 | Dated: April __27__, 2015

*IT IS SO ORDERED*
*Judge Edward M. Chen*

UNITED STATES DISTRICT JUDGE

6 | 4841-7226-6787, v. 1